FILED
 2010 Feb-23 PM 12:50
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DANIELS CAPITAL CORPORATION,** ) | |
| ) | |
| Plaintiff, ) | Civil Action Number |
| ) | **2:09-cv-723-AKK** |
| vs. ) | |
| ) | |
| **RALPH J. HAGOOD,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

The court has for consideration the Report and Recommendation of Magistrate Judge T. Michael Putnam, filed on February 5, 2010 (doc. 10), wherein he recommends granting the plaintiff's Motion for Default Judgment, (doc. 7). Neither party filed objections to the Report and Recommendation, which were due on or before February 22, 2010.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby ACCEPTS and ADOPTS the Report and Recommendation of the Magistrate Judge.  Accordingly, the motion for default judgment is hereby GRANTED.  Plaintiff Daniels Capital Corporation is entitled to a default judgment against defendant Ralph J. Hagood

for the total of three advances ($47,881.44) plus the contract fee for the assignments ($61,841.81), for total damages of $109,723.25.  Additionally, plaintiff is entitled to an award of attorneys' fees in the amount of $21,944.67.  Thus, the grand total for which default judgment is ENTERED in favor of plaintiff and against defendant is $131,667.92, plus the costs of the action.

     All of plaintiff's claims are therefore DISMISSED WITH PREJUDICE.  The Clerk is DIRECTED to mail a copy of this Order to defendant at his last known address.

     DONE the 23rd day of February, 2010.

 

                                                       **ABDUL K. KALLON**
                                           UNITED STATES DISTRICT JUDGE